UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PROTECT OUR WATER AND
ENVIRONMENTAL RIGHTS,
JIMMY ABATTI, and DOES 1
through 5, inclusive,

        NO. CIV. S-06-2073 LKK/EFB

    Petitioners,

  v.

IMPERIAL IRRIGATION DISTRICT,
and DOES 6 through 10,

        O R D E R

    Respondents.
_____/

SAN DIEGO COUNTY WATER
AUTHORITY, METROPOLITAN WATER
DISTRICT OF SOUTHERN CALIFORNIA,
UNITED STATES DEPARTMENT OF
INTERIOR BUREAU OF RECLAMATION,
and DOES 11 through 15, inclusive,

    Real Parties in Interest.
_____/

    Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on December 11, 2006. Michael B. Jackson appeared telephonically as counsel for plaintiff; Mark J. Hattam, Stephen M. Macfarlane, Linus Masouredis and Steven L. Hoch

1

1  appeared as counsel for defendant.  After hearing, the court makes
2  the following order:
3      The court will hold a further status conference after the
4  disposition of the motions currently set for January 16, 2007.
5      IT IS SO ORDERED.
6      DATED:  December 13, 2006.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2